UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-440 PAM/JGL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
JERROLD W. ANDERSON, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 9th day of August, 2005.

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge